08CV484
JUDGE SHADUR
MAG. JUDGE MASON

**COMPLAINT**

RECEIVED
JAN 2 2 2008
Jan 2 2 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I am writing today simply because as a constituent and legal citizen, I am asserting my civil, constitutional rights and reporting a civil rights violation being acted against me by Federal Agents. These acts are completely an infringement upon my right to life, freedom, and liberty. I can truthfully say that this eavesdropping/monitoring has been occurring since May of 2006. It has become totally intrusive and my privacy/confidentiality has been dishonored.

In the duration of a year ½ I have been exposed to what I believe to be some sort of Federal monitoring, spying, and electronic harassment! Due to this I strongly believe that my civil rights have been violated! I believe that the everyday, legal and simple activities that are being monitored, provides no substance or basis in connection with any investigation.

In May of 2006 as I was traveling from Atlanta, GA to Chicago, IL, I clearly noticed the local authorities, and black federal agent suburban trucks obviously trailing/following behind me. I was followed while traveling from my home in Morrow, GA to Atlanta, GA and to Chicago IL by a helicopter clearly above me. Once I arrived at the bus station in Atlanta, GA an unknown person whom claimed to be a Federal informant/agent approached me stating that "I was being monitored."

As I was being followed I noticed the loud sound of **"constant"** sirens nearby that fell to cease until months after arriving in Chicago. Every location I traveled to I noticed the sound of **"constant"** loud sirens, and the helicopter above me. The authorities traveled behind with sirens as if there was a heavy pursuit, but no arrest was made.

Once I arrived in Chicago I spoke with local authorities and according to the system I currently do not have any federal warrants that have caused this monitoring, neither is my name contained within the Federal database. My legal activities are being heavily monitored. I have been notified of acquaintances that have been offered bribes to become informants against me.

Several months ago I received a harassing, verbally abusive phone call consisting of profanity and derogatory insults. During this phone call I was told that "I was being monitored by federal authorities" and I was told to conduct certain illegal favors if I sought alleviation of this monitoring. The call was made from a cell phone, and though I was told that this person was affiliated with the authorities there was a refusal to identify his name, the name of his superior, and office location.

In December of 2007 while in public I was approached on the street by an unknown male assailant that pursued a casual conversation with me. He had given me a business card in which stated that he was a "Federal Agent". Within minutes I was approached a

second time by an entirely different male assailant driving a black suburban truck and he asked if "I needed to be driven to a certain location"? He also exchanged a business card that had also stated that he was a "Federal Agent". This person also attempted to maintain casual discussion and requested that he be contacted for personal reasons and to become better acquainted.

Lastly, I want to state that there are numerous assaults being acted against I (not stated in this complaint) by these government officials that I feel is vital to report while present in the courtroom. I also would like to state that there was a lawsuit and a court hearing scheduled in 2007, however I was unable to pursue the litigation at that time due to an unexpected, severe and lengthy inpatient hospitalization.

Furthermore, I have acquired more information, evidence, I have experienced more extreme situations that I had not experienced a year ago, and I have attained a more enhanced understanding of these events that have taken place. Therefore, there are more facts that can be presented and weighted in court. The violations of my rights that have occurred, consistently and deliberately have caused me to believe that it is obligatory to try again with another civil suit.

My livelihood has become affected and I have become susceptible to financial deprivation. Therefore, I feel that this litigation is imperative in regards to my freedoms established and ensured by the constitution. I am requesting that the court grants a scheduled date to allow a second chance to move forward with this litigation.


Respectfully,

Kirsha Brown