08CV484
JUDGE SHADUR
MAG. JUDGE MASON

CH

_____ ___ ____ LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Kirsha Brown
(Please print)

STREET ADDRESS: 1361 W. Greenleaf Apt 1B

CITY/STATE/ZIP: Chicago, IL 60626

PHONE NUMBER: 773-856-5937

CASE NUMBER: _____

_____          Jan 23 2008
       Signature                       Date

# FILED

Jan JAN 22 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT