## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Milton I. Shadur | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 484 | **DATE** | 1/25/2008 |
| **CASE TITLE** | Kirsha Brown vs. FBI | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Order. Accordingly the Application is denied, which also calls for the denial on mootness ground of the motion for appointment of counsel. Brown is granted until February 8, 2007 to pay the filing fee. In the absence of such payment both the Complaint and this action will be dismissed.

■ [ For further detail see separate order(s).]      Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|