```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
                      EASTERN DIVISION

KIRSHA BROWN,                    )
                                 )
               Plaintiff,        )
                                 )
     v.                          )    No.  08 C 484
                                 )
FBI,                             )
                                 )
               Defendant.        )
```

MEMORANDUM ORDER

Kirsha Brown ("Brown") has obviously misunderstood this Court's brief January 25, 2008 memorandum order ("Order"). That Order's ruling made it plain that Brown's effort to obtain in forma pauperis status was <u>not</u> being denied because she was financially able to pay the $350 filing fee (which her In Forma Pauperis Application ["Application"] showed she could not do), but rather because of the legal frivolousness of her Complaint. Despite that, all that Brown has come up with now is a newly-filed Application, <u>not</u> the payment of the filing fee--a payment that would be necessary if she hopes to pursue her lawsuit.[1]

Although Order at 2 had given Brown until February 8 to pay the filing fee, her most recent effort to file another Application showing her financial situation has reconfirmed that she cannot do so. Accordingly both the Complaint and this action

---

[1] In the interest of fairness, Order at 2 also cautioned Brown that the nature of her allegations would seem most likely to cause any payment of the filing fee to be a waste of money, because the Complaint appeared certain to invite a motion to dismiss with a high probability of success.

are dismissed--but without prejudice, to allow for the possibility that she may want to try again if she obtains the necessary funds and believes that she has a sustainable claim.

_____
Milton I. Shadur
Senior United States District Judge

Date:  February 1, 2008