*BR*

**FILED**
Jan 31, 2008
JAN 3 1 2008  *KCC*
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

__Kirsha Brown__
Plaintiff

v.

__FBI__
Defendant(s)

CASE NUMBER __08 cv 484__

JUDGE __Shadur__

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, __Kirsha Brown__, declare that I am the ☒plaintiff ☐petitioner ☐movant (other _____) in the above-entitled case. This affidavit constitutes my application ☒to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions <u>under penalty of perjury</u>:

1. Are you currently incarcerated?   ☐Yes   ☒No   (If "No," go to Question 2)
   I.D. # _____ Name of prison or jail: _____
   Do you receive any payment from the institution? ☐Yes ☐No   Monthly amount: _____

2. Are you currently employed?   ☐Yes   ☒No
   Monthly salary or wages: _____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment: __Oct 2006__
      Monthly salary or wages: __$600__
      Name and address of last employer: __720 N. Franklin Chicago, IL 60610__

   b. Are you married?   ☐Yes   ☒No
      Spouse's monthly salary or wages: _____
      Name and address of employer: _____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages                                    ☐Yes   ☒No
      Amount _____ Received by _____

    b.    ☐ Business, ☐ profession or ☐ other self-employment    ☐Yes    ☒No
    Amount_____ Received by _____

    c.    ☐ Rent payments, ☐ interest or ☐ dividends    ☐Yes    ☒No
    Amount_____ Received by _____

    d.    ☐ Pensions, ☒ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                ☒Yes    ☐No
    Amount **642.00** Received by **SSI**

    e.    ☐ Gifts or ☐ inheritances    ☐Yes    ☒No
    Amount_____ Received by _____

    f.    ☐ Any other sources (state source: _____)    ☐Yes    ☒No
    Amount_____ Received by _____

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?    ☐Yes    ☐No    Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?    ☐Yes    ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?    ☐Yes    ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
    ☐Yes    ☒No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐No dependents
_____ Akuone Bush (son) $100 _____

-2-

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 01/31/08

_____
Signature of Applicant

Kisha Brown
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.# _____, has the sum of $_____ on account to his/her credit at (name of institution) _____.
I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $_____.
(Add all deposits from all sources and then divide by number of months).

_____        _____
        DATE                                SIGNATURE OF AUTHORIZED OFFICER

                                        _____
                                                (Print name)

rev. 10/10/2007

SOCIAL SECURITY ADMINISTRATION

                                                                 Date: January 31, 2008
                                                                 Claim Number: 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A
                                                                                  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DI

KIRSHA A BROWN YOUNGER
APT 1B
1361 W GREENLEAF
CHICAGO IL 60626-2957

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Current Social Security Benefits

    Beginning December 2007, the full monthly
    Social Security benefit before any deductions is......$ 642.70

    We deduct $0.00 for medical insurance premiums each month.

    The regular monthly Social Security payment is........$ 642.00
    (We must round down to the whole dollar.)

    Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

    Your Social Security benefits are paid on or about the third of each month.

Date of Birth Information

    The date of birth shown on our records is October 20, 1982.

Type of Social Security Benefit Information

    You are entitled to monthly disability benefits.

| RECEIPT | Date Dec 1st 2007 19___ | 5158 |
|---|---|---|
| Received From Kirsha Brown | | |
| Address 1361 W. Greenleaf Apt 1B | | |
| For Rent | Dollars $ 600.00 | |

| ACCOUNT | | | HOW PAID | | |
|---|---|---|---|---|---|
| AMT. OF ACCOUNT | | | CASH | 600 | 00 |
| AMT. PAID | | | CHECK | | |
| BALANCE DUE | | | MONEY ORDER | | |

By [signature]



| | | |
|---|---|---|
| Customer Name | KIRSHA BROWN | Service address: |
| Account Number | 1001-0768507-01 | 1361 W GREENLEAF AVE |
| Amount Due | $369.34 | APT 1B |
| | | CHICAGO, IL 60626-2957 |
| | | Due Date 02/21/08 |

PAGE 1 OF 6

## Monthly Statement - January 2008
### ACCOUNT SUMMARY

| | |
|---|---|
| Balance from last bill | $137.91 |
| Total payments and adjustments-thank you! | $0.00 |
| PAST DUE AMOUNT | $137.91 |
| Current RCN charges | $231.43 |
| **TOTAL AMOUNT DUE BY 02/21/2008** | **$369.34** |

You are receiving a special promo on Cable, Phone and Internet for 12 months @ $29.95 each.

You are receiving HBO free for three months.

Questions about your bill or how to read it?
Go to http://www.rcn.com/bill

**IT'S MONEY IN YOUR POCKET.** Mayor Daley and the City of Chicago want you to know that you or someone you know may be eligible for an income tax refund. Owe less taxes and get cash back from the IRS through the Earned Income Tax Credit (EITC). For more information about the EITC, or to see if you qualify, call the IRS at 1-800-829-1040 or visit www.irs.gov. In the City of Chicago, call 3-1-1.

Effective January 1, 2008, the Federal Universal Service Fund rate is decreasing from 11% to 10.2%. The Federal USF is applied to all interstate and international calls, federal line charges and port charges. This change will be reflected on bills from that date forward.

---

DETACH AND MAIL REMITTANCE · Please allow five business days for processing your payment.



100 BALTIMORE DRIVE
WILKES-BARRE, PA 18702

KIRSHA BROWN
Phone Number:
773.956.5937
Account Number
1001-0768507-01

**Total Amount** $369.34
**Due by 02/21/08**

**Amount enclosed** $ _____

Please write account number on your check.
Make check payable to RCN.

AV 02 002893 65598E 11 A**5DGT
KIRSHA BROWN
1361 W GREENLEAF AVE
APT 1B
CHICAGO, IL 60626-2957

RCN
PO BOX 747089
PITTSBURGH, PA 15274-7089

1011001014076850701180036934



Customer Name: **KIRSHA BROWN**
Account Number: 1001-0768507-01
Amount Due: **$369.34**

PAGE 3 OF 6

## ACCOUNT DETAIL

| | AMOUNT |
|---|---|
| RCN balance from last bill | $137.91 |
| **Balance Forward** | **$137.91** |

| Bundle includes: | From | To | Qty | Type of Charge* |
|---|---|---|---|---|
| **High-Speed Internet** | | | | |
| 5MBPS INTERNET SERVICE @$26.95 | 01/24/08 | 02/23/08 | 1 | MONTHLY |
| CABLE MODEM RENTAL @$3.00 | 01/24/08 | 02/23/08 | 1 | MONTHLY |
| **Cable** | | | | |
| LIMITED CABLE SERVICE @$10.00 | 01/24/08 | 02/23/08 | 1 | MONTHLY |
| EXPANDED BASIC CABLE @$19.95 | 01/24/08 | 02/23/08 | 1 | MONTHLY |
| **Telephone 773.856.5937** | | | | |
| UNLIMITED LONG DISTANCE PLAN @$0.00 | 01/24/08 | 02/23/08 | 1 | MONTHLY |
| UNLIMITED LONG DISTANCE PLAN @$0.00 | 01/24/08 | 02/23/08 | 1 | MONTHLY |
| PICK 5 FEATURE PACKAGE @$12.00 | 01/24/08 | 02/23/08 | 1 | MONTHLY |
| UNLIMITED REGIONAL CALLING @$0.00 | 01/24/08 | 02/23/08 | 1 | MONTHLY |
| UNLIMITED LOCAL CALLING @$17.95 | 01/24/08 | 02/23/08 | 1 | MONTHLY |
| **Total Bundle Price** | | | | **$89.85** |

*Monthly charges are billed in advance. Partial monthly charges will be applied if services begin in the middle of a billing period.

## ADDITIONAL CHARGES FOR THIS BILLING PERIOD

| | From | To | Qty | Type of Charge* | Amount |
|---|---|---|---|---|---|
| **Cable** | | | | | |
| MISSED APPOINTMENT SERVICE CHARGE | 01/11/08 | | 1 | ONETIME | $49.95 |
| HBO ON DEMAND | 01/24/08 | 02/23/08 | 1 | MONTHLY | $0.00 |
| DIGITAL CONVERTER RENTAL | 01/24/08 | 02/23/08 | 1 | MONTHLY | $2.95 |
| HBO | 01/24/08 | 02/23/08 | 1 | MONTHLY | $0.00 |
| **Telephone 773.856.5937** | | | | | |
| TECHNICIAN VISIT | 01/12/08 | | 1 | ONETIME | $49.95 |
| **Total Additional Services Charged** | | | | | **$102.85** |

*Monthly charges are billed in advance. Partial monthly charges will be applied if services begin in the middle of a billing period.

**Thank you for choosing RCN, the nation's largest competitive single source provider of Cable TV, Phone and High-speed Internet services.**



Customer Name: **KIRSHA BROWN**
Account Number: 1001-0768507-01
Amount Due: **$369.34**

PAGE 5 OF 6

## TELEPHONE CALL CHARGES - (DETAIL)

**Period:** STD=Standard rate, EVE=Evening rate, HOL=Holiday rate, DIS=Discount rate
DAY=Day rate, N/W=Night/Weekend rate, ECO=Economy rate
**Type:** CC=Calling card, LT=Regional toll, LC=Local, LD=Long Distance
@=Operator services, DA=Directory Assistance, IN=International, #=Payphone surcharge

**773.856.5937**
**DIRECTORY ASSISTANCE CALLS**

| Date  | Time     | Period | Call To      | Number       | Type | Min. | Amount |
|-------|----------|--------|--------------|--------------|------|------|--------|
| 12/25 | 06:40 PM | STD    | DIR ASST IL  | 773.411.0000 | DA   | 1.0  | $0.950 |
| 12/25 | 06:43 PM | STD    | DA Call Co IL| 312.926.2000 | DC   | 1.0  | $0.500 |
| 01/03 | 03:23 AM | STD    | DIR ASST IL  | 773.411.0000 | DA   | 1.0  | $1.250 |
| 01/03 | 03:25 AM | STD    | DIR ASST IL  | 773.411.0000 | DA   | 1.0  | $1.250 |
| 01/03 | 03:26 AM | STD    | DIR ASST IL  | 773.411.0000 | DA   | 1.0  | $1.250 |
| 01/03 | 03:31 AM | STD    | DIR ASST IL  | 773.411.0000 | DA   | 1.0  | $1.250 |
| 01/08 | 09:15 PM | STD    | DIR ASST IL  | 773.411.0000 | DA   | 1.0  | $1.250 |
| 01/15 | 11:53 AM | STD    | DIR ASST IL  | 773.411.0000 | DA   | 1.0  | $1.250 |